### HICKS *v.* JOHNSON *et al.*

This case came before this court upon a writ of error from the superior court of Richmond County; and after argument had, the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Hill, J., being of the opinion that the judgment of the trial court should be affirmed, and Atkinson, Gilbert, and Hines, JJ., being of the contrary opinion, the judgment is affirmed by operation of law.

No. 6937.  SEPTEMBER 28, 1929.  REHEARING DENIED OCTOBER 5, 1929.

*W. Inman Curry*, for plaintiff.   *Paul T. Chance*, for defendants.